ments affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Corporation of the Fine Arts Building, Appellant, v. William F. Connor and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Bernard L. O'Donnell, Appellant, v. Joseph V. Keyrouse and Another, Impleaded with Samuel Holzman and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.; Smith, J., dissented.

Hugo Oppenheimer and Others, Respondents, v. Sicilian Asphalt Paving Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Pasquale Milone, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Albert B. Gross and Others, Appellants, v. Philip Henochstein, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Fannie Levine, as Administratrix, etc., Respondent, v. Jacob Okin, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the authority of *Kellogg* v. *Church Charity Foundation* (203 N. Y. 191). Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Frederick Edelstein, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.; Clarke, P. J., dissented.

Clara Guyon Clark, Respondent, v. Carrie B. Guyon, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Emanuel Hertz, Respondent, v. George A. Wheelock, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Maiden Lane Realty Company, Respondent, v. Andrew J. Robinson Company, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Gesine Schenker, Respondent, v. Henry Doscher and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Gesine Schenker, Respondent, v. Henry Doscher and Others, Appellants, Impleaded with Others.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Richmond Assets Collecting Company, Appellant, v. Maurice M. Stern-